

# Fourth Court of Appeals
## San Antonio, Texas

November 7, 2014

No. 04-14-00331-CV

Gene **DEVOLL**,
Appellant

v.

Rebecca **DEMONBREUN** and William Dowds,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-05169
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

   This appeal involves the same parties and arises from the same underlying cause of action as this court addressed in appeal number 04-13-00900-CV. A relevant item has been omitted from the appellate record in this appeal, but it is available in the clerk's record in appeal number 04-13-00900-CV. *See* TEX. R. APP. P. 34.5(c)(1).

   We may order the trial court clerk to file a supplemental clerk's record, *see id.*, but as a matter of judicial economy, we DIRECT the clerk of this court to transfer an electronic copy of the clerk's record in appeal number 04-13-00900-CV into the appellate record for this appeal, *see id.* R. 2.

_____
Patricia O. Alvarez, Justice

   IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of November, 2014.

_____
Keith E. Hottle
Clerk of Court